UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
**Caption in compliance with D.N.J. LBR 9004-2(c)**

**ERIC R. PERKINS,** *PRO SE*
**CHAPTER 7 TRUSTEE**
40 West Ridgewood Avenue
Ridgewood, New Jersey 07450
Telephone:  (201) 445-6722
Facsimile:   (201) 445-5376
E-Mail:  eperkins@mdmc-law.com

In re:

GARY GIORGIO,

              Debtor.

Case No.:  11-25859 (DHS)

Chapter 7

Honorable Donald H. Steckroth, U.S.B.J.

Recommended Local Form:     ☒ Followed     ☐ Modified

## APPLICATION FOR RETENTION OF PROFESSIONAL

1. The applicant, <u>Eric R. Perkins, Esq.</u>, is the (check all that apply):

    **X** Trustee:         **x** Chap. 7          ☐ Chap. 11          ☐ Chap. 13.

    ☐ Debtor:              ☐ Chap. 11          ☐ Chap. 13

    ☐ Official Committee of _____

2. The applicant seeks to retain the following professional  McElroy, Deutsch, Mulvaney & Carpenter, LLP ( MDMC ). The applicant seeks to make the application *nunc pro tunc* from August 2, 2011, the date the applicant filed a Notice of Assets, and shortly thereafter, consulted with MDMC concerning the retention of MDMC.

(check all that apply):

**X** Attorney for:    **X** Trustee    ☐ Debtor-in-Possession

☐ Official Committee of _____

☐ Accountant for:    ☐ Trustee    ☐ Debtor-in-possession

☐ Official Committee of _____

☐ Other Professional:

☐ Realtor    ☐ Appraiser    ☐ Special Counsel

☐ Auctioneer    ☐ Other (specify):_____

3. The employment of the professional is necessary because:

MDMC has extensive experience and knowledge in the insolvency field in matters pertinent to the administration of the bankruptcy estate herein.

4. The professional has been selected because:

MDMC has considerable knowledge and experience with bankruptcy law including representation of trustees, debtors, creditors, statutory and/or official committees in bankruptcy cases.

5. The professional services to be rendered are as follows:

Providing assistance and legal counsel to the Trustee in carrying out his duties as set forth in 11 U.S.C. §704 and to be responsible for such other matters in which

      the Trustee determines to consult MDMC because of its particular strength in a given area.

6. The proposed arrangement for compensation is as follows:

    Hourly compensation and expenses. The current rates for MDMC professionals range from partner $275 to $550, of counsel $260 to $475, associates $175 to $265 and paralegals at $75 to $150.

7. To the best of the applicant's knowledge, the professional's connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the office of the United States trustee, is as follows:

    ☐ None

    ☒ Describe connection: MDMC has conducted due diligence and a conflict search of its clients data base and billing records to determine whether any existing or potential conflicts of interest exist in connection with matters for which it is to be engaged herein. To the best of the Applicant's knowledge and except as otherwise disclosed in the Certification of Jeffrey Bernstein, MDMC can satisfy the responses as set forth in paragraph 8 below.

8. To the best of the applicant's knowledge, the professional (check all that apply):

    ☒ does not hold an adverse interest to the estate.

    ☒ does not represent an adverse interest to the estate.

    ☒ is a disinterested person under 11 U.S.C. § 101(14).

    ☒ does not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which he/she will be retained under 11 U.S.C. § 327(e).

    ☐ Other; explain:
    _____
    _____

9. If the professional is an auctioneer, appraiser or realtor, the location and

      description of the property is as follows:

      _____N/A_____ _____
      _____
      _____

      Wherefore, the applicant respectfully requests authorization to employ the professional to render services in accordance with this application, with compensation to be paid as an administrative expense in such amounts as the Court may hereafter determine and allow.

Date:   September 29, 2011                    */s/Eric R. Perkins*
                                                  Signature of Applicant

                                                  Eric R. Perkins
                                                  Name of Applicant